UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA AND ERNEST TUPPER, et al. )<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY, et al. )<br>Defendant. ) | C.A. NO: 05-CV-10240 (GAO) |

## NOTICE OF WITHDRAWAL

Please withdraw the appearances of **J. Paul Mullen, Esq.** and **Kathleen M. Bustraan, Esq.** as attorneys for the defendant, Lannett Company, Inc., in the above-entitled case.

Respectfully submitted,
The Defendant,
LANNETT COMPANY, INC.
By its attorneys,
**LORD & WHIP**

/s/  J. Paul Mullen
_____
J. Paul Mullen (Bar No. 391825)
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD  21201-3020
(410) 539-5881

/s/  Kathleen M. Bustraan
_____
Kathleen M. Bustraan, (Bar No. MD 24417;
D.C. Superior Bar No. 489749)
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD  21201-3020
(410) 539-5881

1124420v1