UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOANN ELLA AND ERNEST TUPPER, et al. </br>       Plaintiff, </br></br> v. </br></br> ELI LILLY AND COMPANY, et al. </br>       Defendant. | C.A. NO: 05-CV-10240 (GAO) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearances of Lee Stephen MacPhee and Gareth W. Notis, as counsel for the defendant, Lannett Company, Inc., in the above-entitled case.

| The defendant, </br> Lannett Company, Inc. </br> By its attorneys, | The defendant, </br> Lannett Company, Inc. </br> By its attorneys, |
|---|---|
| /s/ Lee Stephen MacPhee </br> Lee Stephen MacPhee, BBO# 312400 </br> MORRISON MAHONEY LLP </br> 250 Summer Street </br> Boston, MA 02210 </br> 617 439-7500 | /s/ Gareth W. Notis </br> Gareth W. Notis, BBO# 637814 </br> MORRISON MAHONEY LLP </br> 250 Summer Street </br> Boston, MA 02210 </br> 617 439-7500 |