UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA AND ERNEST TUPPER, et al, <br><br> Plaintiff, <br><br> v. <br><br> ELI LILLY AND COMPANY, et al., <br><br> Defendants. | Civil Action No.05-CV-10240 (GAO) |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearances of Julie M. Wade and Jodi B. Buske, as counsel for the defendant Premo Pharmaceautical Laboratories, Inc., in the above-entitled case.

Respectfully submitted,

PREMO PHARMACEAUTICAL
LABORATORIES, INC.

By its attorneys,

_/s/ Julie M. Wade_
Julie M. Wade (653902)
Jodi B. Buske (657990)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: February 14, 2005

LIBA/1456380.1