05-10240-GAO

CLOSED, JURY, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01994-RJL
### Internal Use Only

| | |
|---|---|
| TUPPER v. ELI LILLY AND COMPANY et al<br>Assigned to: Judge Richard J. Leon<br>Demand: $11000000<br>Cause: 28:1446pl Petition for Removal - Product Liability | Date Filed: 11/15/2004<br>Jury Demand: Both<br>Nature of Suit: 365 Personal Inj. Prod. Liability<br>Jurisdiction: Diversity |

**Plaintiff**

**JOANN ELLA TUPPER**
*Individually and as Personal Representative of BEAU D'ANDREA TUPPER, deceased, and ERNEST TUPPER*

represented by **Aaron M. Levine**
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**

represented by **James J. Dillon**
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
Fax: (617) 832-7000
Email: jdillon@foleyhoag.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BRISTOL-MYERS SQUIBB COMPANY**
*successor to*
E.R. SQUIBB & SONS, INC.

represented by **Malcolm S. Brisker**
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
20th Floor
Baltimore, MD 21202
(410) 783-4049

        Fax: (410) 783-4040
        Email: msb@gdldlaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Sidney G. Leech**
        GOODELL, DEVRIES, LEECH & DANN, LLP
        One South Street
        Suite 2000
        Baltimore, MD 21202
        (410) 783-4017
        Fax: (410) 783-4040
        Email: sgl@gdldlaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**PHARMACIA AND UPJOHN COMPANY**
*also known as*
UPJOHN COMPANY

represented by **Elizabeth Ewert**
DRINKER BIDDLE LLP
1500 K Street, NW
Washington, DC 20005
(202) 842-8864
Fax: (202) 842-8465
Email: elizabeth.ewert@dbr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DART INDUSTRIES, INC.**
*successor to*
REXALL DRUG COMPANY, INC.

represented by **John F. Anderson**
Troutman Sanders LLP
1660 International Drive
Suite 600
McLean, VA 22102
(703) 734-4356
Fax: (703) 448-6530
Email: john.anderson@troutmansanders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GLAXOSMITHKLINE, INC.**
*successor to*
S.E. MASSENGILL AND BURROUGHS-WELLCOME

represented by **Daniel W. Whitney**
WHITNEY & BOGRIS, LLP
401 Washington Avenue
12th Floor
Towson, MD 21204
(410) 583-8022
Fax: (410) 583-1786
Email: dwhitney@whitneybogris.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janet K. Coleman**
WHITNEY & BOGRIS LLP
401 Washington Avenue
12th Floor
Towson, MD 21204
(410) 583-8000
Fax: (202) 583-8031
Email: jcoleman@whitneybogris.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**PREMO PHARMACEUTICAL LABORATORIES, INC.**

represented by **Aaron L. Handleman**
ECCLESTON & WOLF, P.C.
2001 S Street, NW
Suite 310
Washington, DC 20009
(202) 857-1696
Fax: (202) 857-0762
Email: handleman@ewdc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Michael Flint**
ECCLESTON & WOLF
2001 S Street, NW
Suite 310
Washington, DC 20009
(202) 857-1696
Fax: (202) 857-0762
Email: flint@ewdc.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**LANNETT COMPANY, INC.**
*A Pennsylvania Corporation*

represented by **J Paul Mullen**
LORD & WHIP, P.A.
36 South Charles Street
Baltimore, MD 21201
(410) 539-5881
Fax: 410-685-6726
Email: mullen@lordwhip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen M. Bustraan**
LORD & WHIP, P.A.
36 South Charles Street
10th Floor

|  |  | Baltimore, MD 21201 |
|---|---|---|
|  |  | (410) 539-5881 |
|  |  | Fax: (410) 685-6726 |
|  |  | Email: bustraan@lordwhip.com |
|  |  | *ATTORNEY TO BE NOTICED* |

**Defendant**

| WYETH PHARMACEUTICAL, INC. | represented by | F. Lane Heard, III |
|---|---|---|
|  |  | WILLIAMS & CONNOLLY LLP |
|  |  | 725 12th Street, NW |
|  |  | Washington, DC 20005 |
|  |  | (202)434-5114 |
|  |  | Fax: (202) 434-5124 |
|  |  | Email: lheard@wc.com |
|  |  | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2004 | 1 | NOTICE OF REMOVAL from Superior Court for the District of Columbia by LANNETT COMPANY, INC., case number 04ca7759. ( Filing fee $ 150 ) (Attachments: # 1 Exhibit A - PART 1# 2 Exhibit A - PART 2# 3 Exhibit B# 4 Exhibit C)(jf, ) (Entered: 11/17/2004) |
| 11/15/2004 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by LANNETT COMPANY, INC.'S (jf, ) (Entered: 11/17/2004) |
| 11/17/2004 | 3 | NOTICE of Appearance by Aaron M. Levine on behalf of JOANN ELLA TUPPER (Levine, Aaron) (Entered: 11/17/2004) |
| 11/17/2004 | 4 | ANSWER to Complaint by DART INDUSTRIES, INC..(Anderson, John) (Entered: 11/17/2004) |
| 11/17/2004 | 5 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests *for Dart Industries, Inc.* (Anderson, John) (Entered: 11/17/2004) |
| 11/22/2004 | 6 | ANSWER to Complaint by BRISTOL-MYERS SQUIBB COMPANY.(Leech, Sidney) (Entered: 11/22/2004) |
| 11/22/2004 | 7 | NOTICE of Appearance by Justin Michael Flint on behalf of PREMO PHARMACEUTICAL LABORATORIES, INC. (Flint, Justin) (Entered: 11/22/2004) |
| 11/22/2004 | 8 | NOTICE of Appearance by F. Lane Heard III on behalf of WYETH PHARMACEUTICAL, INC. (Heard, F.) (Entered: 11/22/2004) |
| 11/22/2004 | 9 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by WYETH PHARMACEUTICAL, INC. (Heard, F.) (Entered: 11/22/2004) |

| 11/22/2004 | 10 | NOTICE *of Consent to Removal* by WYETH PHARMACEUTICAL, INC. (Heard, F.) (Entered: 11/22/2004) |
|---|---|---|
| 11/22/2004 | 11 | *Wyeth's* ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by WYETH PHARMACEUTICAL, INC..(Heard, F.) (Entered: 11/22/2004) |
| 11/22/2004 | 12 | ORIGINAL FILE, certified copy of the transfer order and docket sheet received from Superior Court for the District of Columbia; Case Number: 04ca7759.. (jf, ) (Entered: 11/23/2004) |
| 11/23/2004 | 13 | STANDING ORDER . Signed by Judge Richard J. Leon on 11/23/04. (NM, ) (Entered: 11/23/2004) |
| 11/23/2004 | 14 | NOTICE of Appearance by Sidney G. Leech on behalf of BRISTOL-MYERS SQUIBB COMPANY (Leech, Sidney) (Entered: 11/23/2004) |
| 11/24/2004 | 15 | *Defendant's* ANSWER to Complaint by PREMO PHARMACEUTICAL LABORATORIES, INC..(Flint, Justin) (Entered: 11/24/2004) |
| 11/30/2004 | 16 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. GLAXOSMITHKLINE, INC. served on 11/17/2004, answer due 12/7/2004 (lc, ) (Entered: 12/03/2004) |
| 12/06/2004 | 17 | Consent MOTION to Transfer Case *Pursuant to 28 USC 1404(a) (PARTIAL CONSENT)* by JOANN ELLA TUPPER. (Attachments: # 1 Text of Proposed Order)(Levine, Aaron) (Entered: 12/06/2004) |
| 12/07/2004 | 18 | ANSWER to Complaint by PHARMACIA AND UPJOHN COMPANY.(Ewert, Elizabeth) (Entered: 12/07/2004) |
| 12/07/2004 | 19 | NOTICE of Appearance by Janet K. Coleman on behalf of GLAXOSMITHKLINE, INC. (Coleman, Janet) (Entered: 12/07/2004) |
| 12/07/2004 | 20 | ANSWER to Complaint by GLAXOSMITHKLINE, INC..(Coleman, Janet) (Entered: 12/07/2004) |
| 12/07/2004 | 21 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by GLAXOSMITHKLINE, INC. (Coleman, Janet) (Entered: 12/07/2004) |
| 12/13/2004 | 22 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY.(Dillon, James) (Entered: 12/13/2004) |
| 12/13/2004 | 23 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY (Dillon, James) (Entered: 12/13/2004) |
| 12/16/2004 | 24 | NOTICE of Appearance by Kathleen M. Bustraan on behalf of LANNETT COMPANY, INC. (Bustraan, Kathleen) (Entered: 12/16/2004) |
| 12/16/2004 | 25 | Original file, certified copy of transfer order, and docket sheet received from D.C. Superior Court: 04ca7759 (cp, ) Additional attachment(s) added on 12/21/2004 (cp, ). (Entered: 12/21/2004) |

| 12/21/2004 | ◕ | MINUTE ORDER granting 17 Partial Consent MOTION to Transfer Case Pursuant to 28 USC 1404(a). This action shall be transferred to the United States District Court for the District of Massachusetts, at Boston, Massachusetts. Signed by Judge Richard J. Leon on 12/21/04. (lcrjl2, ) (Entered: 12/21/2004) |
|---|---|---|
| 12/22/2004 | | ***Civil Case Terminated. (whb) (Entered: 12/22/2004) |
| 02/04/2005 | ◕ | Case transferred out to USDC for the District of Massachusetts (Boston Division)pursuant to Court's order filed on 12/21/04; sent to court electronically. (jf, ) (Entered: 02/04/2005) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOANN E. TUTTER
Plaintiff

v.                                                    Civil Action No.    04 1994

                                                                          NOV 1 5 2004
ELI LILLY AND COMPANY, ET AL
Defendant

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge __LEON, J. R.L.__. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
Deputy Clerk

cc: AARON M. LEVINE
DANIEL W. WHITNEY
ELIZABETH L. EWERT
JAMES J. DILLON
SIDNEY LEECH
JOHN ANDERSON
AARON HANDLEMAN
WYETH PHARMACEUTICAL, INC.

929A
Rev. 7/02