UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA AND ERNEST TUPPER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, et al., <br><br> Defendants. | Civil Action No.05-CV-10240 (GAO) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Jodi B. Buske, as counsel for the defendant Premo Pharmaceutical Laboratories, Inc., in the above-entitled case.

Respectfully submitted,

PREMO PHARMACEUTICAL
LABORATORIES, INC.

By its attorneys,

_____
Jodi B. Buske (657990)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: February 15, 2005

LIBA/1457013.1