UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOANN ELLA TUPPER, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ELI LILLY AND COMPANY, BRISTOL-MYERS SQUIBB COMPANY, PHARMACIA AND UPJOHN COMPANY, DART INDUSTRIES, INC., GLAXOSMITHKLINE, INC., PREMO PHARMACEUTICAL LABORATORIES, INC., LANNETT COMPANY, INC. and WYETH PHARMACEUTICALS, INC.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 1:05-CV-10240-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Mary B. Murrane of Bingham McCutchen LLP as counsel for defendant Wyeth, in the above-captioned civil action.

**Wyeth,**

By its attorneys,

 /s/ Mary B. Murrane
Janice W. Howe, BBO #242190
Paul M. Robertson, BBO #562421
Mary B. Murrane, BBO #644448
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110
(617) 951-8000

Dated: February 16, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record by U.S. Mail on February 16, 2005.

 /s/ Mary B. Murrane
Mary B. Murrane

LITDOCS/589318.1