UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA TUPPER, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, BRISTOL-MYERS SQUIBB COMPANY, PHARMACIA AND UPJOHN COMPANY, DART INDUSTRIES, INC., GLAXOSMITHKLINE, INC., PREMO PHARMACEUTICAL LABORATORIES, INC., LANNETT COMPANY, INC. and WYETH PHARMACEUTICALS, INC.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 1:05-CV-10240-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Paul M. Robertson of Bingham McCutchen LLP as counsel for defendant Wyeth, in the above-captioned civil action.

            **Wyeth,**

           By its attorneys,

          /s/ Paul M. Robertson
          Janice W. Howe, BBO #242190
          Paul M. Robertson, BBO #562421
          Mary B. Murrane, BBO #644448
          **BINGHAM MCCUTCHEN LLP**
          150 Federal Street
          Boston, MA  02110
          (617) 951-8000

Dated: February 16, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record by U.S. Mail on February 16, 2005.

               /s/ Mary B. Murrane
               Mary B. Murrane

LITDOCS/589327.1