UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA TUPPER, Individually and as Personal Representative of BEAU D'ANDREA TUPPER, deceased, and ERNEST TUPPER,<br><br>                           Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY, BRISTOL-MYERS SQUIBB COMPANY, PHARMACIA AND UPJOHN COMPANY, DART INDUSTRIES, INC., GLAXOSMITHKLINE, INC., PREMO PHARMACEUTICAL LABORATORIES, INC., LANNETT COMPANY, INC. and WYETH PHARMACEUTICALS, INC.,<br><br>                           Defendants. | No. 1:05-CV-10240-GAO |

## NOTICE OF WITHDRAWAL OF APPEARANCE

F. Lane Heard, III, Willis N. Sautter, and the law firm of Williams & Connolly LLP withdraw their appearance in the above-captioned matter. Janice W. Howe, Paul M. Robertson, and Mary B. Murrane of Bingham McCutchen LLP have entered an appearance as successor counsel for Wyeth.

                                        Respectfully submitted,

                                        WILLIAMS & CONNOLLY LLP

                                        /s/ F. Lane Heard, III
                                        F. Lane Heard, III (DC Bar No. 291724
                                        Willis N. Sautter (DC Bar No. 471213

                                            725 12th Street, N.W.
                                            Washington, D.C. 20005
                                            (202) 434-5000

                                        *Attorneys for Wyeth*

Dated: February 16, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February 2005 a true and correct copy of the foregoing Notice of Withdrawal of Appearance was forwarded by first-class mail, postage prepaid, to the parties listed on the attached Service List.

**Aaron M. Levine**
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC  20036

**Malcolm S. Brisker**
**Sidney G. Leech**
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
20th Floor
Baltimore, MD  21202

**Kathleen M. Bustraan**
**J. Paul Mullen**
LORD & WHIP, P.A.
36 South Charles Street
10th Floor
Baltimore, MD  21201

**John F. Anderson**
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, VA  22102

**Julie M. Wade**
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA  02109

**F. Lane Heard, III**
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C.  20005

**James J. Dillon**
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA  02210-2600

**Daniel W. Whitney**
**Janet K. Coleman**
WHITNEY & BOGRIS, LLP
401 Washington Avenue
12th Floor
Towson, MD  21204

**Aaron L. Handleman**
**Justin Michael Flint**
ECCLESTON & WOLF, P.C.
2001 S Street, NW
Suite 310
Washington, DC  20009

**Elizabeth Ewert**
DRINKER BIDDLE LLP
1500 K Street, NW
Washington, DC  20005

**Gareth W. Notis**
MORRISON, MAHONEY, & MILLER LLP
250 Summer Street
Boston, MA  02210

/s/ Mary B. Murrane
Mary B. Murrane

LITDOCS/589352.1