UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 16  P 3: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOANN TUPPER

Plaintiffs

v.                                          CA. No. 1:05-cv-10240-GAO

ELI LIILY AND COMPANY

Defendant

## NOTICE OF APPEARANCE

COMES NOW Sheila Mone of the firm of Kenneth M. Levine & Associates, 370 Washington Street, Brookline, Massachusetts 02445 and files her appearance as counsel for the Plaintiffs in the above referenced matter.

Respectfully submitted this 11th day of February, 2005

*Sheila Mone*
Sheila Mone BBO#634615
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02446
617-566-2700

DATED: February 11, 2005

### Certificate of Service

I, Sheila Mone, so state that on this 11th day of February, 2005, I did serve the above document upon counsel for the defendant via first class mail.

*Sheila Mone*
Sheila Mone