UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TUPPER, | ) | |
|     Plaintiff | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 05-10240-GAO |
| ELI LILLY AND COMPANY, *et al.*, | ) | |
|     Defendants. | ) | |

FILED
IN CLERKS OFFICE
2005 FEB 16 P 1:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

Now comes the undersigned, Marc C. Laredo and Lisa Cooney, and hereby enter their appearance for Pharmacia & Upjohn Company LLC f/k/a The Upjohn Company in the above-captioned matter.

_____
Marc C. Laredo, BBO# 543973
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
617-367-7984

_____
Lisa Cooney, BBO#636631
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
617-367-7984

Dated: February 16, 2005