IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOANN ELLA TUPPER, *et al.*,

           Plaintiffs,

     v.

ELI LILLY AND COMPANY, *et al.*,

           Defendants.

CIVIL ACTION No. 1:05-CV-10240 (RWZ)

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter the appearances of James J. Dillon, Brian L. Henninger, and Ericka L. Snyder of FOLEY HOAG LLP as counsel for defendant Eli Lilly and Company in the above-captioned matter.

                Respectfully submitted,

                FOLEY HOAG LLP

                /s/ Brian L. Henninger
                James J. Dillon (BBO # 124660)
                Brian L. Henninger (BBO # 657926)
                Ericka L. Snyder (BBO# 652511)
                FOLEY HOAG LLP
                155 Seaport Boulevard
                Boston, MA 02111-2600
                (617) 832-1000

Dated: February 23, 2005