UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA AND<br>ERNEST TUPPER, et al.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, ET AL.,<br><br>　　　　Defendants. | Civil Action No.05-CV-10240 (GAO) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　Please withdraw the appearances of **Aaron Handleman, Esq.** and **Justin Flint, Esq.** as attorneys for the Defendant, Premo Pharmaceutical Laboratories, Inc., in the above-entitled case.

　　　　　　　　　　　　　　　　　　／s／ Julie M. Wade
　　　　　　　　　　　　　　　　　　Julie M. Wade (653902)
　　　　　　　　　　　　　　　　　　Jodi B. Buske (657990)
　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　　Boston, MA 02109-2881
　　　　　　　　　　　　　　　　　　617.570.1000

　　　　　　　　　　　　　　　　　　／s／ Aaron Handleman
　　　　　　　　　　　　　　　　　　Aaron Handleman, Esq.
　　　　　　　　　　　　　　　　　　Justin Flint, Esq.
　　　　　　　　　　　　　　　　　　ECCLESTON AND WOLF, P.C.
　　　　　　　　　　　　　　　　　　2001 S Street, N.W., Suite 310
　　　　　　　　　　　　　　　　　　Washington, D.C. 20009
　　　　　　　　　　　　　　　　　　(202) 857-1696

Dated: February 24, 2005
LIBA/1470758.1