UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA AND<br>ERNEST TUPPER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>    Defendants. | Civil Action No.05-CV-10240 (GAO) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Jodi B. Buske, as counsel for the defendant Premo Pharmaceutical Laboratories, Inc., in the above-entitled case.

    Respectfully submitted,

    PREMO PHARMACEUTICAL
    LABORATORIES, INC.

    By its attorneys,

    /s/ Jodi B. Buske _____
    Jodi B. Buske (657990)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109-2881
    617.570.1000

Dated: March 15, 2005