UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSETTS

| | | |
|---|---|---|
| JOANN ELLA TUPPER | ) | |
| | ) | |
| Plaintiff, | ) | DOCKET NO. 1:05-cv-10240-RWZ |
| | ) | |
| v. | ) | |
| | ) | |
| ELI LILLY AND COMPANY, et al | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF AND MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Joann Ella Tupper and Defendant, Dart Industries, Inc., have reached confidential settlements of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant, Dart Industries, Inc.  Further, Plaintiff and Defendant, Dart Industries, Inc. have agreed that Plaintiff and Defendant, Dart Industries, Inc. will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiff and Defendant, Dart Industries, Inc., through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Dart Industries, Inc., with each party to bear its own attorneys' fees and costs.

Respectfully submitted,
The Plaintiff, Joann Ella Tupper
By her Attorneys

/s
_____
Sheila E. Mone BBO#634615
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02446
 (617) 566-2700

*And*

        Aaron M. Levine, Esq.
        Brandon J. Levine, Esq.
        Renee L. Robinson-Meyer, Esq.
        AARON M. LEVINE & ASSOCIATES, P.A.
        1320 - 19th Street, N.W., Suite 500
        Washington, D.C. 20036
        *Attorneys for Plaintiffs*


        The Defendant, Dart Industries, Inc.
        By their Attorneys,


        /s

        _____
        John F. Anderson, (DC Bar #393764)
        1660 International Drive
        Suite 600, Tysons Corner
        McLean, VA  22102
        (703) 734-4334

DATED:  MARCH 15, 2005