UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA TUPPER )<br>Individually and as Personal Representative of )<br>BEAU D'ANDREA TUPPER, deceased, and )<br>ERNEST TUPPER, ) | CIVIL ACTION NO. 05-10240 - RWZ |
| )<br>Plaintiffs, )<br>v. ) | |
| ELI LILLY AND COMPANY, ) | |
| and ) | |
| BRISTOL-MYERS SQUIBB COMPANY, )<br>a successor of E.R. SQUIBB & SONS, INC., ) | |
| and ) | |
| PHARMACIA and UPJOHN COMPANY )<br>(aka THE UPJOHN COMPANY), ) | |
| and ) | |
| DART INDUSTRIES, INC. )<br>a successor to REXALL DRUC COMPANY, INC., ) | |
| and ) | |
| GLAXOSMITHKLINE, INC., )<br>a successor to S.E. Massengill and Burroughs-<br>Wellcome, ) | |
| and ) | |
| PREMO PHARMACEUTICAL<br>LABORATORIES, INC., ) | |
| and ) | |
| LANNET COMPANY, INC. )<br>a Pennsylvania Corporation, ) | |

-2-

|  |  |
|---|---|
| and | ) |
|  | ) |
| WYETH PHARMACEUTICAL, INC. | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of David B. Broughel on behalf of the Defendant, Bristol-Myers Squibb Company, in the above-captioned matter.

> Respectfully Submitted,
>
> /s/ David B. Broughel
> David B. Broughel, BBO # 059455
> Mark E. Swirbalus, BBO # 631650
> DAY, BERRY & HOWARD LLP
> 260 Franklin Street
> Boston, MA 02110
> (617) 345-4600

Dated : March 21, 2005

## CERTIFICATE OF SERVICE

I, David B. Broughel hereby certify that on this 21st day of March, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

> /s/ David B. Broughel
> Mark E. Swirbalus