UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOANN ELLA TUPPER ) | |
| Individually and as Personal Representative of ) | |
| BEAU D'ANDREA TUPPER, deceased, and ) | |
| ERNEST TUPPER, ) | CIVIL ACTION NO. 05-10240 - RWZ |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| ELI LILLY AND COMPANY, ) | |
| ) | |
| and ) | |
| ) | |
| BRISTOL-MYERS SQUIBB COMPANY, ) | |
| a successor of E.R. SQUIBB & SONS, INC., ) | |
| ) | |
| and ) | |
| ) | |
| PHARMACIA and UPJOHN COMPANY ) | |
| (aka THE UPJOHN COMPANY), ) | |
| ) | |
| and ) | |
| ) | |
| DART INDUSTRIES, INC. ) | |
| a successor to REXALL DRUC COMPANY, INC., ) | |
| ) | |
| and ) | |
| ) | |
| GLAXOSMITHKLINE, INC., ) | |
| a successor to S.E. Massengill and Burroughs- ) | |
| Wellcome, ) | |
| ) | |
| and ) | |
| ) | |
| PREMO PHARMACEUTICAL ) | |
| LABORATORIES, INC., ) | |
| ) | |
| and ) | |
| ) | |
| LANNET COMPANY, INC. ) | |
| a Pennsylvania Corporation, ) | |
| ) | |

-2-

      and              )
                          )
WYETH PHARMACEUTICAL, INC.    )
                          )
      Defendants.     )

## NOTICE OF APPEARANCE

Kindly enter the appearance of Mark E. Swirbalus on behalf of the Defendant, Bristol-Myers Squibb Company, in the above-captioned matter.

                Respectfully Submitted,

                /s/ Mark E. Swirbalus
                David B. Broughel, BBO # 059455
                Mark E. Swirbalus, BBO # 631650
                DAY, BERRY & HOWARD LLP
                260 Franklin Street
                Boston, MA 02110
                (617) 345-4600

Dated : March 21, 2005

## CERTIFICATE OF SERVICE

I, Mark E. Swirbalus hereby certify that on this 21st day of March, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                /s/ Mark E. Swirbalus
                Mark E. Swirbalus