UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA TUPPER, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ELI LILLY AND COMPANY, *et al.*, ) <br> ) <br> Defendants. ) | CIVIL ACTION No. 1:05-CV-10240 RWZ |

**DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S**
**LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), Defendant Bristol-Myers Squibb Company and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full-course – and various alternative courses – of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

BRISTOL-MYERS SQUIBB COMPANY

/s/ Felicia Wein Ettenberg
Felicia Wein Ettenberg, Esq.

BRISTOL-MYERS SQUIBB COMPANY
By its attorneys,

/s/ Mark E. Swirbalus
David B. Broughel, BBO # 059455
Mark E. Swirbalus, BBO # 631650
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110
(617) 345-4600

Dated: March 25, 2005

-2-

## **CERTIFICATE OF SERVICE**

  I, Mark E. Swirbalus hereby certify that on this 25th day of March, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.


             /s/ Mark E. Swirbalus
             Mark E. Swirbalus