UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA AND ERNEST TUPPER, et al.<br>　　　　Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.<br>　　　　Defendant. | C.A. NO: 05-CV-10240 (RWZ) |

**CERTIFICATION OF DEFENDANT, LANNETT COMPANY, INC., CLIENT CONFERENCE PURSUANT TO RULE 16.1**

Pursuant to Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, the defendant, Lannett Company, Inc., certifies that it has conferred with its counsel to discuss: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Lannett Company, Inc.

_____
An authorized representative

_____
Lee Stephen MacPhee, BBO# 312400
Gareth W. Notis, BBO #637814
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

892635v1