IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-C V-i 0240 (RWZ)

JOANN ELLA TUPPER, et al
    Plaintiffs
v.
ELI LILLY & COMPANY, et al
    Defendants

Local Rule 16.1 (d)(3) Certification

The undersigned representative of SmithKline Beecham Corporation d/b/a GlaxoSmithKline (GSK), sued herein as "GlaxoSmithKline Inc." and counsel for GSK hereby certify that GSK has conferred with counsel:

(a)    with a view to establishing a budget for the costs of conducting the full course -- and various courses -- of the litigation; and

(b)    to consider the resolution of this matter through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

Of Counsel:

| | |
|---|---|
| /S/ Daniel W. Whitney | /S/ James K. Grasty |
| Daniel W. Whitney, Esq. | James K. Grasty, Esq. |
| Whitney & Bogris, LLP | Vice President and Associate |
| 401 Washington Avenue | General Counsel |
| Twelfth Floor | GlaxoSmithKline |
| Towson   MD   21204 | Law Department |
| | 200 North 16th Street |
| Attorneys for GlaxoSmithKline | Mailcode: FP2225, P.O. 7929 |
| | Philadelphia   PA   19102 |

        /S/   Robert A. Curley, Jr.
Robert A. Curley, Jr., Esq.
Curley & Curley P.C.
27 School Street
Boston   MA   02108
(617)  523-2990
BBO # 109180
Attorney for GlaxoSmithKline