IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOANN ELLA TUPPER, Individually ]
and as Personal Representative of ]
BEAU D'ANDREA TUPPER, deceased, ]
and ERNEST TUPPER, ]
 ]
Plaintiffs, ]
 ]
v. ] Civil Action No.: 1:05-cv-10240 (RWZ)
 ] Next Event: Scheduling Conference on
ELI LILLY AND COMPANY, et al., ] March 30, 2005 at 2:00 p.m.
 ]
Defendants. ]

## [PROPOSED] SCHEDULING ORDER

The parties propose the following schedule:

June 28, 2005:    Deadline for serving discovery requests.

July 28, 2005:    Deadline for plaintiffs to designate experts and provide expert reports pursuant to Rule 26(a)(2).

August 29, 2005:  Deadline for defendants to designate experts and provide expert reports pursuant to Rule 26(a)(2).

October 28, 2005: All Discovery Closed. The parties agree that experts may be deposed until the closed of discovery.

~~November 28, 2005: Deadline for filing Dispositive Motions.~~   [handwritten: retrial 12/7/05 at 2]

12/7/0 ~~January 2006~~:    Pre-Trial Conference.
at 2

DATED: _March 30 2005_            _[signature]_
                                  RYA W. ZOBEL
                                  United States District Judge