UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **TUPPER,** | ) | |
| **Plaintiff** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | |
| | ) | **05-10240-RWZ** |
| **ELI LILLY AND COMPANY,** *et al.,* | ) | |
| **Defendants.** | ) | |

## DEFENDANT PHARMACIA & UPJOHN COMPANY LLC'S LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant PHARMACIA & UPJOHN COMPANY LLC f/k/a THE UPJOHN COMPANY certify that the following list sets forth the corporate parents, subsidiaries or affiliates of that party:

- Pharmacia & Upjohn LLC
- Pharmacia Corporation
- Pfizer Inc.

> **Defendant Pharmacia & Upjohn Company LLC**
> **f/k/a The Upjohn Company**
>
> By its attorney:
>
>
> /s/ Marc C. Laredo
> Marc C. Laredo, BBO# 543973
> Laredo & Smith, LLP
> 15 Broad Street, Suite 600
> Boston, MA 02109
> 617-367-7984

Dated: April 4, 2005

- 2 -

**CERTIFICATE OF SERVICE**

I, Marc C. Laredo, hereby certify that a true and correct copy of the foregoing Corporate

Disclosure Statement was sent first-class mail, postage prepaid, on this 4th day of April, 2005 to

the following attorneys who are not listed as receiving this service electronically:

John F. Anderson, Esq.
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102

Malcolm S. Brisker, Esq.
Goodell, Devries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD  21202

Janet K. Coleman, Esq.
Whitney & Bogris, LLP
401 Washington Avenue
12th Floor
Towson, MD  21204

Elizabeth Ewert, Esq.
Drinkle Biddle LLP
1500 K Street NW
Washington, DC 20005

Sidney G. Leech, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202

Daniel W. Whitney, Esq.
Whitney & Bogris, LLP
401 Washington Avenue
12th Floor
Towson, MD  21204

/s/ Marc C. Laredo

April 4, 2005

NS                                                                                              - 2 -