UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| JOANN ELLA TUPPER, *et al,*   )<br>  )<br>            Plaintiffs,   )<br>  )<br>v.   )<br>  )<br>ELI LILLY AND COMPANY, *et al,*   )<br>  )<br>            Defendant.   )<br>  ) | CIVIL ACTION<br>NO. 1:05-CV-10240-RWZ |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT WYETH

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Local Rule 41.1, plaintiffs JoAnn Ella Tupper, individually and as personal representative of Beau D'Andrea Tupper, deceased, and Ernest Tupper, hereby dismiss the above-referenced action as to defendant Wyeth with prejudice and without costs to any party.  All rights of appeal are hereby waived.

| | |
|---|---|
| **Plaintiffs Joann Ella Tupper Individually and as Personal Representative of Beau D'Andrea Tupper, Deceased, and Ernest Tupper,**<br><br>By their attorneys,<br><br>/s/ Kenneth M. Levine<br>Kenneth M. Levine, BBO #296850<br>Sheila Mone, BBO #634615<br>**LAW OFFICE OF KENNETH LEVINE**<br>370 Washington Street<br>Brookline, MA 02445<br>(617) 566-2700<br><br>Aaron M. Levine, Esq.<br>Steven J. Lewis, Esq.<br>**AARON LEVINE & ASSOCIATES**<br>1320 Nineteen Street, N.W., Fifth Floor<br>Washington, D.C. 20036<br>(202) 833-8046 | **Defendant Wyeth,**<br><br>By its attorneys,<br><br>/s/ Mary B. Murrane<br>Janice W. Howe, BBO #242190<br>Paul M. Robertson, BBO #562421<br>Mary B. Murrane, BBO #644448<br>**BINGHAM McCUTCHEN LLP**<br>150 Federal Street<br>Boston, MA  02110-1726<br>(617) 951-8000 |

| **Defendant Pharmacia and Upjohn Company LLC,** | **Defendant Bristol-Myers Squibb Company,** |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Marc C. Laredo<br>Marc C. Laredo, BBO# 543973<br>**LAREDO & SMITH LLP**<br>15 Broad St., Ste. 600<br>Boston, MA 02109<br>(617) 367-7984<br><br>Elizabeth Ewert, Esq.<br>**DRINKER BIDDLE LLP**<br>1500 K Street NW<br>Washington, DC 20005<br>(202) 842-8864 | /s/ Mark E. Swirbalus<br>David B. Broughel, BBO# 059455<br>Mark E. Swirbalus, BBO# 631650<br>**DAY, BERRY & HOWARD**<br>260 Franklin Street<br>Suite 2100<br>Boston, MA 02110<br>617-345-4600<br><br>Sidney G. Leech, Esq.<br>Malcom S. Brisker, Esq.<br>**GOODELL, DEVRIES, LEECH & DANN, LLP**<br>One South Street, 20th Floor<br>Baltimore, MD 21202<br>(410) 783-4017 |
| **Defendant Glaxosmithkline, Inc.,** | **Defendant Premo Pharmaceutical Laboratories, Inc.,** |
| By its attorneys, | By its attorneys, |
| /s/ Robert A. Curley, Jr.<br>Robert A. Curley, Jr., BBO# 109180<br>**CURLEY & CURLEY, P.C.**<br>27 School Street<br>Boston, MA 02108<br>(617) 523-2990<br><br>Daniel W. Whitney, Esq.<br>Janet K. Coleman, Esq.<br>**WHITNEY & BOGRIS**<br>Twelfth Floor<br>401 Washington Avenue<br>Towson, MD 21204<br>(410) 583-8000 | /s/ Jody B. Buske<br>Jody B. Buske, BBO#657990<br>Julie M. Wade, BBO #653092<br>**GOODWIN PROCTER, LLP**<br>Exchange Place<br>Boston, MA 02109<br>(617) 570-8342<br><br>Aaron L. Handleman, Esq.<br>Justin Michael Flint, Esq.<br>**ECCLESTON & WOLF, P.C.**<br>2001 S Street, N.W., Suite 310<br>Washington, D.C. 20009<br>(202) 857-1696 |

LITDOCS/600071.1

| **Defendant Lannett Company, Inc.,** | **Defendant Eli Lilly and Company,** |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Gareth W. Notis | /s/ Brian L. Henniger |
| Gareth W. Notis, BBO# 637814 | James Dillon, BBO # 124660 |
| **MORRISON, MAHONEY & MILLER LLP** | Brian L. Henniger, BBO #657926 |
| 250 Summer Street | **FOLEY HOAG LLP** |
| Boston, MA 02210-1181 | 155 Seaport Boulevard |
| (617) 737-8857 | Boston, MA 02210 |
|  | (617) 832-1000 |
| J. Paul Mullen, Esq. |  |
| Kathleen M. Bustraan, Esq. |  |
| **LORD & WHIP, P.A.** |  |
| 36 South Charles Street |  |
| Baltimore, MD 21201 |  |
| (410) 539-5881 |  |

DATED:  May 10, 2005

LITDOCS/600071.1