UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **TUPPER,** | ) | |
| **Plaintiff** | ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) | |
| | ) | **05-10240-RWZ** |
| **ELI LILLY AND COMPANY,** *et al.,* | ) | |
| **Defendants.** | ) | |

## NOTICE OF WITHDRAWAL

    Now comes the undersigned, Lisa Cooney, of the law firm of Laredo & Smith, LLP, counsel for the Defendant Pharmacia & Upjohn Company LLC f/k/a The Upjohn Company, (the "Clients") and provides, pursuant to Rule 11 of the Massachusetts Rules of Civil Procedure, her notice of withdrawal as counsel for the Client in this action. The undersigned states that Marc C. Laredo of Laredo & Smith, LLP will continue to represent the Client in this matter. There are no motions currently pending before the Court, and no trial date has been set.

/s/ Lisa Cooney
Lisa Cooney, BBO# 636631
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984
May 12, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, Lisa Cooney, hereby certify that a true and correct copy of the foregoing Notice of Withdrawal was sent first-class mail, postage prepaid, on this 12th day of May, 2005 to the following attorneys who are not listed as receiving this service electronically:

John F. Anderson, Esq.
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102

Malcolm S. Brisker, Esq.
Goodell, Devries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202

Janet K. Coleman, Esq.
Whitney & Bogris, LLP
401 Washington Avenue
12th Floor
Towson, MD 21204

Elizabeth Ewert, Esq.
Drinkle Biddle LLP
1500 K Street NW
Washington, DC 20005

Sidney G. Leech, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202

Daniel W. Whitney, Esq.
Whitney & Bogris, LLP
401 Washington Avenue
12th Floor
Towson, MD 21204

/s/ Lisa Cooney

May 12, 2005

NS                                   - 2 -