UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOANN ELLA AND ERNEST TUPPER, et al.<br>　　　Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.<br>　　　Defendant. | )<br>)<br>)<br>)  C.A. NO: 05-CV-10240 (RWZ)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Local Rule 41.1 plaintiffs, JoAnn Ella Tupper, individually and as personal representative of Beau D'Andrea Tupper, deceased, and Ernest Tupper, hereby dismiss the above-referenced action as to defendant, Lannett Company. Inc., with prejudice and without costs to any party. All rights of appeal are hereby waived.

**Plaintiffs, JoAnn Ella Tupper Individually and as Personal Representative of Beau D'Andrea Tupper, Deceased, and Ernest Tupper**

/s/ Sheila Mone
Sheila Mone, BBO# 634615
Kenneth M. Levine & Associates
370 Washington St.
Boston, MA 02445
Tel: 617-566-2700

**Aaron M. Levine**
Aaron M. Levine & Associates
1320 19th Street N.W.
Suite 500
Washington, DC 20036
Tel: 202-833-8040

**Defendant Lannett Company, Inc.**

/s/ Gareth W. Notis
Lee Stephen MacPhee, BBO# 312400
Gareth W. Notis, BBO #637814
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

892635v1

| | |
|---|---|
| **Defendant Eli Lilly And Company** | **Defendant Bristol-Myers Squibb Company,** |
| | |
| */s/ James J. Dillon* | */s/ Mark E. Swirbalus* |
| James J. Dillon BBO#: 124660 | Mark E. Swirbalus, BBO# 631650 |
| Brian L. Henninger BBO#: 657926 | Day, Berry & Howard |
| Foley Hoag LLP | 260 Franklin Street |
| 155 Seaport Boulevard | Boston, MA  02110 |
| Seaport World Trade Center West | Tel:  617-345-4600 |
| Boston, MA 02210 | |
| Tel:  617-832-3061 | |
| | Malcolm S. Brisker, Esq |
| | Sidney G. Leech, Esq. |
| | Goodell, Devries, Leech & Dann, LLP |
| | One South Street |
| | 20th Floor |
| | Baltimore, MD 21202 |
| | Tel:  410-783-4017 |
| | |
| **Defendant Pharmacia And Upjohn Company** | **Defendant Glaxosmithkline, Inc.** |
| | |
| */s/ Marc C. Laredo* | */s/ Robert A. Curley* |
| Marc C. Laredo, BBO# 543973 | Robert A. Curley, Jr., BBO# 109180 |
| Laredo & Smith LLP. | Curley & Curley, PC |
| 15 Broad Street, Ste. 600 | 27 School Street |
| Boston, MA 02109 | Boston, MA  02108 |
| Tel:  617-367-7984 | Tel:  617-523-2990 |
| | |
| Elizabeth Ewert | **Daniel W. Whitney** |
| Drinkle Biddle LLP | Whitney & Bogris, LLP |
| 1500 K Street NW | Twelfth Floor |
| Washington, DC 20005 | 401 Washington Avenue |
| Tel:  202-842-8864 | Towson, MD 21204 |
| | Tel:  410-583-8022 |
| **Defendant Premo Pharmaceutical Laboratories, Inc.** | |
| */s/ Jodi B. Buske* | *I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.* |
| Jodi B. Buske, BBO# 657990 | |
| Julie M. Wade, BBO# 653092 | |
| Goodwin Procter, LLP | |
| Exchange Place | */s/ Gareth W. Notis* |
| Boston, MA 02109 | **Gareth W. Notis** |
| Tel:  617-570-8342 | |

2

892635v1