UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOANN ELLA TUPPER<br>Individually and as Personal Representative of<br>BEAU D'ANDREA TUPPER, deceased, and<br>ERNEST TUPPER,<br><br>                    Plaintiffs,<br>v.<br><br>ELI LILLY AND COMPANY, et al.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10240 - RWZ<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

Effective August 15, 2005, please note that the new mailing address for counsel for Defendant Bristol-Myers Squibb Company will be:

> David B. Broughel, Esq.
> Day, Berry & Howard LLP
> One International Place
> Boston, MA  02110

>           and

> Mark E. Swirbalus, Esq.
> Day, Berry & Howard LLP
> One International Place
> Boston, MA  02110

Please note that our telephone and fax numbers will remain the same.

> Respectfully Submitted,
> BRISTOL-MYERS SQUIBB,
> Defendant,
>
> /s/ David B. Broughel
> David B. Broughel (BBO # 059455)
> Mark E. Swirbalus (BBO # 631650)
> DAY, BERRY & HOWARD LLP
> 260 Franklin Street
> Boston, MA 02110
> (617) 345-4600

DATED: August 10, 2005

**CERTIFICATE OF SERVICE**

    I, David B. Broughel, hereby certify that on this 10th day of August, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                                                       /s/ David B. Broughel
                                                       David B. Broughel