August 25, 2005

*VIA ELECTRONIC FILING*

Lisa Urso
Courtroom Clerk for Judge Zobel
U.S. District Court
Suite 2300
1 Courthouse Way
Boston, MA  02210

Re:   Tupper v. Eli Lilly and Company, et al.
      C.A. No.  05-CV-10240 RWZ

Dear Ms. Urso:

    I am writing as a follow-up to my conversation with you on August 24, 2005 to advise you that my client, Defendant Pharmacia & Upjohn Company LLC (named in the complaint as Pharmacia & Upjohn Company) has settled with the Plaintiff.  Therefore, this will confirm that Pharmacia & Upjohn Company LLC does not need to take any further action in connection with this matter.  We will file a Stipulation of Dismissal shortly.  We are filing and serving this letter electronically.

    Thank you for your attention to this matter.

                                        Very truly yours,

                                        /s/
                                        Marc C. Laredo

MCL/cad