## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **JOANN ELLA TUPPER,** | ) | |
| **Individually and as Personal** | ) | |
| **Representative of Beau D'Andrea** | ) | |
| **Tupper, deceased, and** | ) | |
| **ERNEST TUPPER,** | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:05-cv-10240 (RWZ)** |
| | ) | |
| **ELI LILLY AND COMPANY,** *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE OF
### DEFENDANT PHARMACIA & UPJOHN COMPANY LLC

Plaintiffs, Joann Ella Tupper, individually and as Personal Representative of Beau D'Andrea Tupper, deceased, and Ernest Tupper, and Defendant, Pharmacia & Upjohn Company LLC f/k/a The Upjohn Company ("Upjohn") have reached a confidential settlement of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Upjohn only.  Further, Plaintiffs and Defendant Upjohn have agreed that Plaintiffs and Defendant Upjohn will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiffs and Defendant Upjohn, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Defendant Upjohn only, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

LAW OFFICE OF KENNETH LEVINE          LAREDO & SMITH, LLP


By:/s/ Sheila Mone                                By:/s/ Marc C. Laredo & Smith
    Kenneth M. Levine, BBO #296850          Marc C. Laredo, BBO #543973
    Sheila Mone, BBO #634615                LAREDO & SMITH, LLP
    LAW OFFICE OF KENNETH LEVINE            15 Broad Street, Suite 600
    370 Washington Street                   Boston, MA 02109
    Brookline, MA 02445                     Telephone: 617/367-7984
    Telephone: 617/566-2700                 *Attorneys for Defendant Pharmacia &*
    *Attorneys for Plaintiffs*              *Upjohn Company LLC f/k/a The Upjohn*
                                            *Company*


September 30, 2005