## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOANN TUPPER, et al.** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | Civil Action No.: 05-CV-10240 (RWZ) |
| v. ] | Next Event:   Discovery Closed 10/28/05 |
| ] | |
| **ELI LILLY AND CO., et al.** ] | |
| ] | |
| **Defendants.** ] | |

### CONSENT MOTION TO AMEND SCHEDULING ORDER

Plaintiff JoAnn Tupper, **with the consent of Defendants' counsel,** hereby moves the Court to amend the current Scheduling Order.  As grounds for this Motion, Plaintiff states:

1. Discovery has been proceeding and currently is scheduled to end on October 28, 2005.  The parties have exchanged written fact discovery and have conducted depositions of fact witnesses and one expert witness.

2. The parties are engaging in expert discovery.  This case involves complex issues in connection with injuries alleged by Plaintiff JoAnn Tupper due to her exposure to Diethylstilbestrol ("DES") *in utero*.

3. This extension is necessary due to recent medical developments regarding Mrs. Tupper, namely the diagnosis and ongoing treatment of secondary infertility. As such, Plaintiff intends to add one expert in this case regarding her secondary infertility.

4. In order to accommodate expert discovery, including the naming of this one expert and the taking of his deposition, the parties seek a 30 day extension of the case schedule.

5. This is one of many DES cases pending in United States District Courts in the Districts of Massachusetts or the District of Columbia.  Defense counsel and Plaintiff's counsel

in these cases are working together to complete discovery as quickly as possible and to prepare these cases for settlement and/or trial.

6. Despite these efforts, counsel anticipate they will be unable to complete all necessary discovery in this case and respectfully request the following amendments to the Scheduling Order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | October 28, 2005 | November 28, 2005 |

7. Pursuant to the Court's instructions at the Initial Scheduling Conference, Defendant Lilly intends to file a dispositive motion in this case and therefore requests that the Pretrial Conference currently set for November 7, 2005, be changed to a Status Conference.

    Respectfully submitted,

    /s/ Sheila Mone
    Sheila Mone, BBO# 634615
    KENNETH M. LEVINE & ASSOCIATES
    370 Washington Street
    Brookline, MA 02446
    (617) 566-2700

Dated: October 28, 2005

- 3 -

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(m)**

Counsel for Plaintiff has conferred with counsel for Defendants pursuant to Local Rule 7.1(m). Counsel for Defendants assent to this motion.

 /s/ Sheila Mone<br>
Sheila Mone