UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA TUPPER, et al, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, et al., <br><br> Defendants. | Civil Action No. 1:05-CV-10240 (RWZ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF**
**DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs Joann Ella Tupper, Beau D'Andrea Tupper and Ernest Tupper hereby Dismiss the above-referenced action in its entirety as to defendant Premo Pharmaceutical Laboratories, Inc. With Prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Sheila Mone (by permission)
Sheila Mone (BBO #534615)
Kenneth Levine & Associates
370 Washington Street
Boston, Massachusetts 02446
617-566-2700

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

*Attorneys for Plaintiff*

/s/ Jodi B. Buske
Jodi B. Buske (BBO #657990)
Julie M. Wade (BBO # 653902)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109-2881
617-570-8345

Christopher Garvey, Esq.
Diana M. Rosenberg, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, New York 10022

*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

LIBNY/4477346.1

/s/ Brian L. Henninger (by permission)
James J. Dillon (BBO #124660)
Brian L. Henninger (BBO # 657926)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
617-832-1000

*Attorneys for Eli Lilly and Company*

/s/ Robert A. Curley (by permission)
Robert A. Curley (BBO #109180)
Curley & Curley P.C.
27 School Street
6th Floor
Boston, Massachusetts 02108
617-523-2990

Janet K. Coleman
Daniel W. Whitney
Whitney & Bogris, LLP
401 Washington Avenue
12th Floor
Towson, Maryland 21204
410-583-8000

*Attorneys for Defendant Glaxosmithkline Inc.*

/s/ Mark E. Swirbalus  (by permission)
Sidney G. Leech, Esquire
Malcolm Brisker, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202
410-783-4000

David B. Broughel, Esquire
Mark E. Swirbalus, Esquire
Day, Berry & Howard
One International Place
Boston, MA 02110
617-345-4600

*Attorneys for Bristol-Meyers Squibb Company*

Dated: November 14, 2005