UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOANN ELLA TUPPER, *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY, *et al.*, )<br>)<br>Defendants. )<br>) | CIVIL ACTION No. 1:05-CV-10240 RWZ |

### STIPULATION OF DISMISSAL WITH PREJUDICE OF
### DEFENDANT BRISTOL-MYERS SQUIBB COMPANY

Pursuant to Fed. R. Civ. P. 41(a)(1)(II), 37, the parties hereby stipulate to the dismissal with prejudice of this action in its entirety as it relates solely to the defendant Bristol-Myers Squibb Company, with each party to bear its own costs and attorneys' fees.

| JOANN ELLA TUPPER, BEAU D'ANDREA<br>and ERNEST TUPPER<br>By their attorneys, | BRISTOL-MYERS SQUIBB COMPANY<br>By its attorneys, |
|---|---|
| /s/ Sheila Mone (by permission)<br>Sheila Mone, BBO # 534615<br>Kenneth Levine & Associates<br>370 Washington Street<br>Boston, MA 02446<br>(617) 566-2700<br><br>Aaron M. Levine, Esq.<br>Aaron M. Levine & Associates, P.A.<br>1320 19th Street, N.W., Suite 500<br>Washington,, D.C. 20036 | /s/ Mark E. Swirbalus<br>David B. Broughel, BBO # 059455<br>Mark E. Swirbalus, BBO # 631650<br>Day, Berry & Howard LLP<br>260 Franklin Street<br>Boston, MA 02110<br>(617) 345-4600 |

| | |
|---|---|
| ELI LILLY AND COMPANY<br>By its attorneys, | GLAXOSMITHKLINE INC.<br>By its attorneys, |
| /s/ Brian L. Henninger (by permission)<br>James J. Dillon, BBO # 124660<br>Brian L. Henninger, BBO # 657926<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000 | /s/ Robert A. Curley (by permission)<br>Robert A. Curley, BBO # 109180<br>Robert A. Curley P.C.<br>27 School Street, 6th Floor<br>Boston, MA 02108<br>(617) 523-2990 |

Dated: December 1, 2005

### CERTIFICATE OF SERVICE

I, Mark E. Swirbalus, hereby certify that on this 1st day of December, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ Mark E. Swirbalus
Mark E. Swirbalus