IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA TUPPER, et al ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civil Action No.:  1:05cv-10240 (RWZ) |
| vs. ) | |
| ) | |
| ELI LILLY AND COMPANY, ) | |
| et al, ) | |
| Defendants ) | |

**STIPULATION OF DISMISSAL AS TO DEFENDANT GLAXOSMITHKLINE, INC.**

Now come all parties pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii) and stipulate that the Plaintiffs' causes of action asserted herein against the Defendant, GlaxoSmithKline, Inc. may be dismissed with prejudice and without costs.

    KENNETH M. LEVINE & ASSOCIATES

    /s/  Sheila Mone (by permission)
    Sheila Mone, BBO #634615
    Kenneth Levine & Associates
    370 Washington Street
    Brookline, MA 02445
    Attorney for Plaintiffs

DAY, BERRY & HOWARD            FOLEY HOAG LLP

/s/ Mark E. Swirbalus (by permission)      /s/ Brian L. Henninger (by permission)
Mark E. Swirbalus                          Brian L. Henninger, BBO #657926
260 Franklin Street                        155 Seaport Boulevard
Boston, MA 02110                           Boston, MA 02210-2600
Attorneys for Bristol Meyer Squibb         Attorneys for Eli Lilly & Company
   Company

CURLEY & CURLEY

<u>/s/ Robert A. Curley, Jr.</u>
Robert A. Curley, Jr., BBO #109180
27 School Street
Boston, MA 02108
Attorney for GlaxoSmithKline