UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA TUPPER, et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 1:05-CV-10240 (RWZ) |

**PRAECIPE OF DISMISSAL WITH
PREJUDICE OF PLAINTIFF ERNEST TUPPER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs Joann Ella Tupper, Beau D'Andrea Tupper and Ernest Tupper hereby dismiss with prejudice any claim on behalf of Plaintiff Ernest Tupper only in the above-referenced action.

Respectfully submitted,

/s/ Sheila Mone
Sheila Mone (BBO #534615)
Kenneth Levine & Associates
370 Washington Street
Boston, Massachusetts 02446
617-566-2700

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

*Attorneys for Plaintiffs*