UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10240(RWZ)

| | |
|---|---|
| JOANN ELLA TUPPER, Individually and as Personal Representative of BEAU D'ANDREA TUPPER, deceased, and ERNEST TUPPER,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Juliet A. Davison on behalf of Plaintiff, Joann Ella Tupper, Individually and as Personal Representative of Beau D'Andrea Tupper, deceased, and Ernest Tupper, in the above-captioned action.

                                              Respectfully submitted,

                                              JOANN ELLA TUPPER, Individually
                                              and as Personal Representative of
                                              BEAU D'ANDREA TUPPER, deceased,
                                              and ERNEST TUPPER,
                                              By her attorneys,

                                              /s/ Juliet A. Davison
                                              Juliet A. Davison, BBO #562289
                                              Erica Tennyson, BBO #660707
                                              Todd & Weld LLP
                                              28 State Street, 31st Floor
                                              Boston, MA 02109
                                              (617) 720-2626

Date: December 19, 2005