UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10240(RWZ)

|  |  |
|---|---|
| JOANN ELLA TUPPER, Individually and as Personal Representative of BEAU D'ANDREA TUPPER, deceased, and ERNEST TUPPER,<br><br>    Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Erica Tennyson on behalf of Plaintiff, Joann Ella Tupper, Individually and as Personal Representative of Beau D'Andrea Tupper, deceased, and Ernest Tupper, in the above-captioned action.

            Respectfully submitted,

            JOANN ELLA TUPPER, Individually
            and as Personal Representative of
            BEAU D'ANDREA TUPPER, deceased,
            and ERNEST TUPPER,
            By her attorneys,


            /s/ Erica Tennyson
            Juliet A. Davison, BBO #562289
            Erica Tennyson, BBO #660707
            Todd & Weld LLP
            28 State Street, 31st Floor
            Boston, MA  02109
            (617) 720-2626

Date:   December 19, 2005