IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA TUPPER, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | CIVIL ACTION No. 1:05-CV-10240 (RWZ) |

## SUMMARY JUDGMENT STATUS REPORT

Pursuant to this Court's December 7, 2005 order from the bench, and after having conducted the fact deposition of pharmacist Irwin Karas on January 24, 2006, Defendant Eli Lilly and Company ("Lilly") hereby submits the following status report as to whether it intends to file a motion for summary judgment:

  1.  **Motion for Summary Judgment**

Lilly believes there is a proper basis for filing a motion for summary judgment on the issue of statute of limitations.  In the event that mediation fails, Lilly will file a dispositive motion based on statute of limitations within 30 days of the failed mediation date in accordance with the Court's dispositive motion briefing schedule.

        Respectfully submitted,

        FOLEY HOAG LLP


        /s/ Brian L. Henninger
        James J. Dillon (BBO # 124660)
        Brian L. Henninger (BBO # 657926)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02111-2600
        (617) 832-1000

Dated:  February 1, 2006

B3155454.1