IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA TUPPER, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>        Defendants. | CIVIL ACTION No. 1:05-CV-10240 (RWZ) |

**JOINT MOTION TO REFER CASE FOR MEDIATION**

COMES NOW, the Parties in the above-captioned action who jointly move to refer the matter to Magistrate Judge Marianne Bowler for mediation sometime after April 1, 2006.

1.    At the status conference held on December 7, 2005, the Court stated that the case would be referred to Magistrate Judge Marianne B. Bowler after the parties submitted a Joint Status Report on February 1, 2006.

2.    The parties submitted a Joint Status Report on February 1, 2006 indicating that Defendant Eli Lilly and Company intended to file a motion for summary judgment on a date to be set by the Court.

3.    Pursuant to the Court's December 7, 2005 order from the bench, the parties hereby request that this matter be referred to Magistrate Judge Marianne Bowler for mediation sometime after April 1, 2006.

B3174885.1

                                                        Respectfully submitted,

| | |
|---|---|
| /s/ Brian L. Henninger | /s/ Juliet Davison |
| James J. Dillon (BBO# 124660) | Juliet Davison (BBO# 562289) |
| Brian L. Henninger (BBO# 657926) | Erica Tennyson (BBO# 660707) |
| Foley Hoag LLP | TODD & WELD LLP |
| 155 Seaport Boulevard | 28 State Street |
| Boston, MA 02210-2600 | Boston, MA 02109 |
| (617) 832-1000 | 617-720-2626 |
| | |
| Counsel for Defendant | |
| ELI LILLY AND COMPANY | Counsel for Plaintiffs |
| | JOANN ELLA TUPPER and BEAU |
| | D'ANDREA TUPPER (deceased) |

Dated: March 10, 2006

B3174885.1                                                                                - 2 -