UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Joann Ella Tupper</u>
   **Plaintiff**

     **V.**      **CIVIL CASE NO. 05-10240-RWZ**

<u>Eli Lilly and Co., et al.</u>
   **Defendants**

### NOTICE AND ORDER

<u>Bowler, U.S.M.J.</u>

 PLEASE TAKE NOTICE that the above-entitled case has been set for <u>a Mediation Hearing</u> on <u>April 20</u> at <u>10:00</u> A.M. before Magistrate Judge <u>Marianne B. Bowler</u> in Courtroom # <u>25</u>.

 All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential mediation briefs are REQUIRED TO BE SUBMITTED VIA FACSIMILE AT (617) 204-5833 at least TWO BUSINESS DAYS PRIOR to the hearing.

            SARAH A. THORNTON,
            CLERK OF COURT

<u>3/28/2006</u>         By: <u>/s/ Marc K. Duffy</u>
  Date            Deputy Clerk

(ADR NOTICE (TUPPER2).wpd - 3/7/2005)