IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA TUPPER, Individually<br>and as Personal Representative of<br>BEAU D'ANDREA TUPPER, deceased,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>Defendants. | Civil Action No.: 1:05-cv-10240 (RWZ)<br>Next Event: Mediation with Magistrate<br>Bowler on 4/20/06 at 10:00 a.m. |

## PLAINTIFF'S CONSENT MOTION TO RE-SCHEDULE MEDIATION HEARING

COMES NOW the plaintiff, by and through counsel, **and with the consent of the defendant**, and hereby moves the Court to enter an Order re-scheduling the Mediation set for April 20, 2006 with Magistrate Judge Marianne Bowler, and as grounds therefor states:

1. This is a products liability/personal injury case arising from plaintiff Joanne Tupper's in utero exposure to diethylstilbestrol ("DES").

2. On March 28, 2006, Magistrate Bowler entered an Order scheduling this matter for a Mediation Hearing on April 20, 2006 beginning at 10:00 a.m. Trial counsel for the plaintiff, Aaron M. Levine, due to prior commitments, will be out of the country on April 20th. The plaintiff respectfully requests that the Mediation be continued to a date after May 1, 2006.

3. Both counsel for plaintiff and defendant are available on any date in the first two weeks of May, 2006 except for May 9, 2006.

4. Magistrate Bowler is scheduled to mediate another DES case, <u>Delaney v. Eli Lilly and Company</u>, Civil Action No.: 1:05-cv-10241-MLW, on May 4, 2006, and both counsel for plaintiff and defendant would be amenable to mediating the current matter on May 3, 2006 or

May 5, 2006.

4. The plaintiff respectfully requests that the Mediation be re-scheduled at Magistrate Bowler's earliest available and convenient date after May 1, 2006 with the exception of May 9, 2006.

5. Counsel for defendant consents to the granting of this Motion.

WHEREFORE, the plaintiff respectfully requests that this Court enter an Order continuing the Mediation Hearing in this matter to Magistrate Bowler's earliest available convenient date after May 1, 2006, with the exception of May 9, 2006.

Respectfully submitted,

/s/ Erica Tennyson
Juliet Davison (BBO#562289)
Erica Tennyson (BBO#660707)
TODD & WELD LLP
28 State Street
Boston, MA  02109
617-720-2626
etennyson@toddweld.com

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W.
Suite 500
Washington, DC 20036
202-833-8040

Dated: March 29, 2006                    Counsel for Plaintiff

## LOCAL RULE 7.1(A)(2) CONFERRAL CERTIFICATION

I have been informed that consent to the foregoing Consent Motion to Re-Schedule Mediation Hearing was granted by counsel for Defendant Lilly on March 28, 2006.

/s/ Erica Tennyson
Erica Tennyson

**CERTIFICATE OF SERVICE**

    I, Erica Tennyson, hereby certify that this Consent Motion to Re-Schedule Mediation Hearing, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 29, 2006.

                                                /s/ Erica Tennyson
                                                Erica Tennyson

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANN ELLA TUPPER, Individually and as Personal Representative of BEAU D'ANDREA TUPPER, deceased,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>Defendants. | Civil Action No.: 1:05-cv-10240 (RWZ)<br>Next Event: Mediation with Magistrate Bowler on 4/20/06 at 10:00 a.m. |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Plaintiff's Consent Motion to Re-Schedule Mediation Hearing, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that the Mediation Hearing set for April 20, 2006 be continued to Magistrate Bowler's earliest convenient date after May 1, 2006, with the exception of May 9, 2006.

_____
RYA W. ZOBEL
United States District Judge