UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10240 (RWZ)

JOANN ELLA TUPPER, Individually, )
and as Personal Representative of )
BEAU D'ANDREA TUPPER, deceased, )
And ERNEST TUPPER )
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　)
v. )
　　　　　　　　　　　　　　　　　　)
ELI LILLY AND COMPANY, )
　　　　　　　　　　　　　　　　　　)
　　　　Defendant. )

## MOTION TO ADMIT PRO HAC VICE

Pursuant to Local Rule 83.5.3, Plaintiff Joann Ella Tupper, Individually and as Personal Representative of Beau D'Andrea Tupper (deceased) and Ernest Tupper ("Tupper"), by her attorney, Erica Tennyson, moves the Court to admit attorney Steven J. Lewis from Aaron M. Levine & Associates, 1320 19th Street, NW, Washington, D.C. 20036 pro hac vice for purposes of the above-captioned matter and states:

1.　　The undersigned is associated with the law firm of Todd & Weld LLP and is a member in good standing of the Bar of the Commonwealth of Massachusetts and the Bar of the United States District Court for the District of Massachusetts.

2.　　Steven J. Lewis is a trial lawyer with the law firm of Aaron M. Levine & Associates in Washington, D.C. and has been retained by Tupper to represent her interests in this action.

3.　　As shown by his Affidavit filed herewith: (i) Mr. Lewis is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; (ii) there are

no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction; and (iii) he is familiar with the Local Rules of the United States District Court of Massachusetts.

4. The undersigned will serve as local counsel for Tupper in this matter.

5. The $50 filing fee for Mr. Lewis has been paid.

WHEREFORE, Tupper requests an Order admitting Steven J. Lewis pro hac vice.

Respectfully submitted,

JOANN ELLA TUPPER, Individually
And as Personal Representative of
BEAU D'ANDREA TUPPER, deceased,
and ERNEST TUPPER,

By her attorneys,

/s/ Erica Tennyson
Juliet A. Davison, BBO #562289
Erica Tennyson, BBO #660707
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626

Date:  May 2, 2006

### CERTIFICATE OF SERVICE

I, Erica Tennyson, hereby certify that this Motion to Admit Pro Hac Vice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 2, 2006.

/s/ Erica Tennyson
Erica Tennyson