## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**JOANN ELLA TUPPER,**                              ]
                                                    ]
      **Plaintiff,**                          ]
                                                    ]
  v.                                        ]    **Civil Action No.: 1:05-cv-10240-RWZ**
                                                    ]
**ELI LILLY AND COMPANY, et al.**                   ]
                                                    ]
      **Defendants.**                         ]

### ATTORNEY'S AFFIDAVIT

I, Steven J. Lewis, hereby apply to the Court pursuant to Local Rule 85.5.3 of the United States District Court for the District of Massachusetts for permission to appear and participate in the action on behalf of the Plaintiff, by whom I have been retained, and state:

1.     I am a member in good standing of the Bar of the District of Columbia, the United States District Court for the District of Columbia, the United States Court of Appeals and every jurisdiction in which I have been admitted to practice.

2.     I am a trial lawyer with the law firm of Aaron M. Levine & Associates, 1320 19th Street, N.W., Suite 500, Washington, DC 20036.

3.     The case sub judice is a product liability matter involving an injury to Plaintiff JoAnn Ella Tupper during development before birth.

4.     Our practice specializes in the area of medical product liability, and in particular DES cases.

5.     I have a longstanding relationship with the Plaintiff, and have been requested to become co-lead counsel in the case by the Plaintiff.

6.     It would create serious and substantial hardship to the Plaintiff if the applicant were not allowed to appear as counsel.

7.     There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

8.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct.


/s/ Steven J. Lewis_____
Steven J. Lewis


Dated: May 2, 2006