**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

  Joann Tupper
               Plaintiff

         V.
                                            CIVIL ACTION
                                            NO.  05-10240-RWZ

  Eli Lilly & Company
               Defendant

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    ZOBEL

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On    05/03/2006    I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION
    ___X___ MEDIATION     _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____].
The parties were present in person, or by an authorized officer. [except_____].
The case was:

[X]  Settled. Your clerk should enter a ___60___ day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

    05/03/2006                                            Marianne B. Bowler, USMJ
        DATE                                                   ADR Provider

(ADR Report (Tupper).wpd - 4/12/2000)                                               [adrrpt.]