UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOANN ELLA TUPPER
    Plaintiff

V.

                        CIVIL ACTION:05-10240-RWZ

ELI LILLY AND COMPANY ET AL
    Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                              MAY 8, 2006

    The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

                                                                       By the Court,

                                                                       s/ Lisa A. Urso
                                                                       Deputy Clerk

30day.ord